IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICK'S GARAGE, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>PROGRESSIVE CASUALTY INSURANCE )<br>COMPANY; NATIONAL CONTINENTAL )<br>INSURANCE COMPANY; PROGRESSIVE )<br>ADVANCED INSURANCE COMPANY; )<br>PROGRESSIVE DIRECT INSURANCE )<br>COMPANY; PROGRESSIVE MAX )<br>INSURANCE COMPANY; PROGRESSIVE )<br>NORTHERN INSURANCE COMPANY )<br>PROGRESSIVE PREFERRED INSURANCE )<br>COMPANY; and PROGRESSIVE SPECIALTY )<br>INSURANCE COMPANY )<br>)<br>Defendants. ) | Civil Action No.<br>5:12-cv-00777-MAD-DEP |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

NOW COMES, defendants Progressive Casualty Insurance Company, National Continental Insurance Company, Progressive Advanced Insurance Company, Progressive Direct Insurance Company, Progressive Max Insurance Company, Progressive Northern Insurance Company, Progressive Preferred Insurance Company, and Progressive Specialty Insurance Company ("Defendant" or "Progressive"), by and through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of this Court, and hereby moves for summary judgment seeking dismissal of Plaintiff's Amended Complaint in its entirety.

Submitted in support of Progressive's Motion for Summary Judgment are Progressive's Notice of Motion, Declaration of Kymberly Kochis, dated August 29, 2014 with exhibits,

Progressive's Statement of Material Facts, and Progressive's Memorandum of Law, for oral arguments to take place on September 29, 2014.

**WHEREFORE**, the undersigned, on behalf of Progressive, respectfully requests an Order of this Court:

1) granting Progressive's Fed. R. Civ. P. Rule 56 Motion for Summary Judgment, and dismissing with prejudice Plaintiff's Amended Complaint in its entirety; and

2) granting Progressive such other, further and/or different relief as this Court deems just and proper.

Dated: New York, New York
August 29, 2014

                Respectfully submitted,

                **NELSON BROWN & CO.**

                By: /s/ Kymberly Kochis
                      Kymberly Kochis, Esq.
                      Michael R. Nelson, Esq.
                      Veronica Wayner, Esq.
                      17 State Street, 29th Floor
                      New York, New York 10004
                      Tel: (212) 233-0130
                      Fax: (212) 233-0172
                      kkochis@nelsonbrownco.com

                      *Attorneys for Defendants Progressive Casualty Insurance Company, National Continental Insurance Company, Progressive Advanced Insurance Company, Progressive Direct Insurance Company, Progressive Max Insurance Company, Progressive Northern Insurance Company, Progressive Preferred Insurance Company and Progressive Specialty Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Motion of Defendants' Motion for Summary Judgment was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for all parties registered therewith on this 29th day of August, 2014.

                                               /s/ Kymberly Kochis