*EXHIBIT "D" TO THE DECLARATION OF
KYMBERLY KOCHIS
IN SUPPORT OF DEFENDANTS' REPLY
MEMORANDUM OF LAW
IN FURTHER SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT*

*CONFIDENTIAL PURSUANT TO THE
PARTIES' STIPULATED PROTECTIVE ORDER
DATED SEPTEMBER 5, 2013 (ECF NO. 32)*

*FILED UNDER SEAL IN THE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK
5:12-cv-00777-MAD-ATB*