*EXHIBIT C*

# Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Veronica Wayner<br>Nelson Levine DeLuca & Hamilton<br>17 State Street<br>Fl. 29<br>New York, NY, 10004-1465 | | Invoice #: | NY1997156 |
|---|---|---|---|---|
| | | | Invoice Date: | 3/28/2014 |
| | | | Balance Due: | $1,412.00 |

| Case: | Nick's Garage v. Progressive Insurance Company | client matter #: | 10138.000039 |
|---|---|---|---|
| Job #: | 1821867 | Job Date: 3/14/2014 | Delivery: Normal | | |
| Billing Atty: | Veronica Wayner | | |
| Location: | Bousquet & Holstein | | |
| | 110 W Fayette St | 1 Lincoln Center - Ste 900 | Syracuse, NY 13202 | | |
| Sched Atty: | Kymberly Kochis Esquire | Nelson Levine DeLuca & Hamilton | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Larry Zaleppa | Video - DVD Video | Per disk | 5.00 | $65.00 | $325.00 |
| | Video - Initial Fee | 1 | 1.00 | $350.00 | $350.00 |
| | Video - Additional Hours | Hour | 5.00 | $140.00 | $700.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $37.00 | $37.00 |

| Notes: | | Invoice Total: | $1,412.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,412.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | NY1997156 |
|---|---|---|---|
| | | Job #: | 1821867 |
| | | Invoice Date: | 3/28/2014 |
| | | Balance: | $1,412.00 |

55619

# Veritext New York Reporting Co.

330 Old Country Rd., Suite 300  
Mineola NY 11501  
Tel. (516) 608-2400 Fax. (516) 608-2450  
Fed. Tax ID: 20-3132569



**Bill To:** Veronica Wayner  
Nelson Levine DeLuca & Hamilton  
17 State Street  
Fl. 29  
New York, NY, 10004-1465

**Invoice #:** NY1998560  
**Invoice Date:** 3/31/2014  
**Balance Due:** $2,161.15

| | |
|---|---|
| **Case:** | Nick's Garage v. Progressive Insurance Company |
| **Job #:** | 1821867 \| Job Date: 3/14/2014 \| Delivery: Normal |
| **Billing Atty:** | Veronica Wayner |
| **Location:** | Bousquet & Holstein |
| | 110 W Fayette St \| 1 Lincoln Center - Ste 900 \| Syracuse, NY 13202 |
| **Sched Atty:** | Kymberly Kochis Esquire \| Nelson Levine DeLuca & Hamilton |

**client matter #:** 10138.000039

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Larry Zaleppa | Original with 1 Certified Transcript | Page | 250.00 | $4.50 | $1,125.00 |
| | Exhibits | Per Page | 229.00 | $0.35 | $80.15 |
| | Realtime Services | Page | 250.00 | $1.65 | $412.50 |
| | Rough Draft | Page | 250.00 | $1.35 | $337.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.00 | $42.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 229.00 | $0.10 | $22.90 |
| | Attendance Fee | 1 | 1.00 | $100.00 | $100.00 |
| | Shipping & Handling | Package | 1.00 | $41.10 | $41.10 |

**Notes:** Syracue NY Reporting Rates

| | |
|---|---|
| **Invoice Total:** | $2,161.15 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,161.15 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to www.Veritext.com**  
Veritext accepts all major credit cards  
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**  
Veritext  
P.O. Box 71303  
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY1998560 |
| **Job #:** | 1821867 |
| **Invoice Date:** | 3/31/2014 |
| **Balance:** | $2,161.15 |

55619