*EXHIBIT D*



# Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| **Bill To:** Kristie Robles<br>Nelson Levine DeLuca & Hamilton<br>17 State Street<br>Fl. 29<br>New York, NY, 10004-1465 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY2039323<br>5/20/2014<br>$1,309.47 |

| | | | |
|---|---|---|---|
| **Case:** | Nick's Garage v. Progressive Insurance Company | **client matter #:** | 10138.00039 |
| **Job #:** | 1854156 \| Job Date: 5/7/2014 \| Delivery: Normal | | |
| **Billing Atty:** | Kristie Robles | | |
| **Location:** | Bousquet & Holstein | | |
| | 110 West Fayette Street \| Ste 900 \| Syracuse, NY 13202 | | |
| **Sched Atty:** | Kristie Robles \| Nelson Levine DeLuca & Hamilton | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Mark Watts | Video - DVD Video | Per disk | 4.50 | $65.00 | $292.50 |
| | Video - Initial Fee | 1 | 1.00 | $350.00 | $350.00 |
| | Video - Additional Hours | Hour | 4.50 | $140.00 | $630.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $36.97 | $36.97 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,309.47 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,309.47 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | NY2039323 |
|---|---|
| **Job #:** | 1854156 |
| **Invoice Date:** | 5/20/2014 |
| **Balance:** | $1,309.47 |

55619

# Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400  Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** | Kristie Robles<br>Nelson Levine DeLuca & Hamilton<br>17 State Street<br>Fl. 29<br>New York, NY, 10004-1465 |

| | |
|---|---|
| Invoice #: | NY2042970 |
| Invoice Date: | 5/27/2014 |
| Balance Due: | $1,912.21 |

| | |
|---|---|
| **Case:** | Nick's Garage v. Progressive Insurance Company |
| **Job #:** | 1854156 \| Job Date: 5/7/2014 \| Delivery: Normal |
| **Billing Atty:** | Kristie Robles |
| **Location:** | Bousquet & Holstein<br>110 West Fayette Street \| Ste 900 \| Syracuse, NY 13202 |
| **Sched Atty:** | Kristie Robles \| Nelson Levine DeLuca & Hamilton |

client matter #: 10138.00039

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Mark Watts | Original with 1 Certified Transcript | Page | 255.00 | $4.50 | $1,147.50 |
| | Exhibits | Per Page | 71.00 | $0.35 | $24.85 |
| | Realtime Services | Page | 255.00 | $1.65 | $420.75 |
| | Surcharge - Expert Witness | Page | 255.00 | $0.50 | $127.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.00 | $42.00 |
| | Equipment Rental | 1 | 1.00 | $0.00 | $0.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 71.00 | $0.10 | $7.10 |
| | Attendance Fee | 1 | 1.00 | $100.00 | $100.00 |
| | Shipping & Handling | Package | 1.00 | $42.51 | $42.51 |

**Notes:** Syracuse reporting rates

| | |
|---|---|
| Invoice Total: | $1,912.21 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,912.21 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

55619

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | NY2042970 |
| Job #: | 1854156 |
| Invoice Date: | 5/27/2014 |
| Balance: | $1,912.21 |