*EXHIBIT E*

## Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| **Bill To:** | Michael Nelson Esq<br>Nelson Levine DeLuca & Hamilton<br>17 State Street<br>Fl. 29<br>New York, NY, 10004-1465 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY2039192<br>5/20/2014<br>$624.47 |

| Case: | Nick's Garage v. Progressive Insurance Company | client matter #: | 10138.00039 |
|---|---|---|---|
| Job #: | 1854166 | Job Date: 5/8/2014 | Delivery: Normal | | |
| Billing Atty: | Michael Nelson Esq | | |
| Location: | Bousquet & Holstein | | |
| | 110 West Fayette Street | Ste 900 | Syracuse, NY 13202 | | |
| Sched Atty: | Michael Nelson Esq | Nelson Levine DeLuca & Hamilton | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Michael Orso | Video - DVD Video | Per disk | 1.50 | $65.00 | $97.50 |
| | Video - Initial Fee | 1 | 1.00 | $350.00 | $350.00 |
| | Video - Additional Hours | Hour | 1.00 | $140.00 | $140.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $36.97 | $36.97 |

| Notes: | >> SYRACUSE VIDEO RATES | **Invoice Total:** | $624.47 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $624.47 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

55619

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | NY2039192 |
|---|---|
| Job #: | 1854166 |
| Invoice Date: | 5/20/2014 |
| Balance: | $624.47 |

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Michael Nelson Esq<br>Nelson Levine DeLuca & Hamilton<br>17 State Street<br>Fl. 29<br>New York, NY, 10004-1465 | | Invoice #: | NY2044112 |
|---|---|---|---|---|
| | | | Invoice Date: | 5/27/2014 |
| | | | Balance Due: | $841.81 |

| Case: | Nick's Garage v. Progressive Insurance Company | client matter #: | 10138.00039 |
|---|---|---|---|
| Job #: | 1854166 | Job Date: 5/8/2014 | Delivery: Normal | | |
| Billing Atty: | Michael Nelson Esq | | |
| Location: | Bousquet & Holstein<br>110 West Fayette Street | Ste 900 | Syracuse, NY 13202 | | |
| Sched Atty: | Michael Nelson Esq | Nelson Levine DeLuca & Hamilton | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Michael Orso | Original with 1 Certified Transcript | Page | 96.00 | $4.50 | $432.00 |
| | Exhibits | Per Page | 265.00 | $0.35 | $92.75 |
| | Realtime Services | Page | 96.00 | $1.65 | $158.40 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.00 | $42.00 |
| | Equipment Rental | 1 | 1.00 | $0.00 | $0.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 265.00 | $0.10 | $26.50 |
| | Attendance Fee | 1 | 1.00 | $50.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $40.16 | $40.16 |

Notes: Syracuse reporting rates

| | |
|---|---|
| Invoice Total: | $841.81 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $841.81 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

55619

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY2044112 |
|---|---|
| Job #: | 1854166 |
| Invoice Date: | 5/27/2014 |
| Balance: | $841.81 |