*EXHIBIT F*

# Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Michael Nelson Esq<br>Nelson Levine DeLuca & Hamilton<br>17 State Street<br>Fl. 29<br>New York, NY, 10004-1465 | | Invoice #:<br>Invoice Date:<br>Balance Due: | NY2037209<br>5/19/2014<br>$2,849.70 |
|---|---|---|---|---|

| Case: | Nick's Garage v. Progressive Insurance Company | client matter #: | 10138.00039 |
|---|---|---|---|
| Job #: | 1854170 | Job Date: 5/9/2014 | Delivery: Expedited | | |
| Billing Atty: | Michael Nelson Esq | | |
| Location: | Bousquet & Holstein | | |
| | 110 West Fayette Street | Ste 900 | Syracuse, NY 13202 | | |
| Sched Atty: | Michael Nelson Esq | Nelson Levine DeLuca & Hamilton | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Frederick Jennings | Transcript - Expedited Fee | Page | 245.00 | $2.70 | $661.50 |
| | Original with 1 Certified Transcript | Page | 245.00 | $4.50 | $1,102.50 |
| | Exhibits | Per Page | 376.00 | $0.35 | $131.60 |
| | Rough Draft | Page | 245.00 | $1.35 | $330.75 |
| | Realtime Services | Page | 245.00 | $1.65 | $404.25 |
| | CD Depo Litigation Package | Per CD | 1.00 | $42.00 | $42.00 |
| | Exhibits Scanned-Searchable - OCR | Per page | 376.00 | $0.10 | $37.60 |
| | Attendance Fee | 1 | 1.00 | $100.00 | $100.00 |
| | Shipping & Handling - Expedited | Package | 1.00 | $39.50 | $39.50 |

Notes: * SYRACUSE NY REPORTING RATES / 4 BUSINESS DAY DELIVERY

| | |
|---|---|
| Invoice Total: | $2,849.70 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,849.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY2037209 |
|---|---|
| Job #: | 1854170 |
| Invoice Date: | 5/19/2014 |
| Balance: | $2,849.70 |

55619

# Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| **Bill To:** | Michael Nelson Esq |  | **Invoice #:** | NY2039001 |
| --- | --- | --- | --- | --- |
|  | Nelson Levine DeLuca & Hamilton |  | **Invoice Date:** | 5/19/2014 |
|  | 17 State Street |  | **Balance Due:** | $1,762.97 |
|  | Fl. 29 |  |  |  |
|  | New York, NY, 10004-1465 |  |  |  |

| **Case:** | Nick's Garage v. Progressive Insurance Company | **client matter #:** | 10138.00039 |
| --- | --- | --- | --- |
| **Job #:** | 1854170 \| Job Date: 5/9/2014 \| Delivery: Expedited |  |  |
| **Billing Atty:** | Michael Nelson Esq |  |  |
| **Location:** | Bousquet & Holstein |  |  |
|  | 110 West Fayette Street \| Ste 900 \| Syracuse, NY 13202 |  |  |
| **Sched Atty:** | Michael Nelson Esq \| Nelson Levine DeLuca & Hamilton |  |  |

| Witness | Description | Units | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| Frederick Jennings | Video - DVD Video | Per disk | 6.00 | $65.00 | $390.00 |
|  | Video - Initial Fee | 1 | 1.00 | $350.00 | $350.00 |
|  | Video - Additional Hours | Hour | 7.00 | $140.00 | $980.00 |
|  | Shipping & Handling - Video Media | Package | 1.00 | $42.97 | $42.97 |

| Notes: |  | **Invoice Total:** | $1,762.97 |
| --- | --- | --- | --- |
|  |  | **Payment:** | $0.00 |
|  |  | **Credit:** | $0.00 |
|  |  | **Interest:** | $0.00 |
|  |  | **Balance Due:** | $1,762.97 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | NY2039001 |
| --- | --- |
| **Job #:** | 1854170 |
| **Invoice Date:** | 5/19/2014 |
| **Balance:** | $1,762.97 |

55619