*EXHIBIT H*

# EconoLogistics
*"Consultants to Business and Law"*

*Post Office Box 946*  *Phone: (978) 356-2188*
*Ipswich, Massachusetts 01938*  *Cell: (617) 605-3150*

## *Orso Case: Preliminary Progressive Deposition Invoice*
*(as of 18 April 2014)*

Mr. Victor Prial                                                                                          18 April 2014
***Bousquet Holstein PLLC***
110 West Fayette Street
One Lincoln Center, Suite 900
Syracuse, New York 13202-1387

**Deposition charges** (to be billed to Progressive Insurance Company):

| | | |
|---|---|---|
| Deposition hours (5/9/14) | per diem | **$2,500.00** |
| Travel time (5/8/14 and 5/10/14 @ $100/hour) | 14.0 hours | $1,400.00 |
| Travel mileage (5/8/14 and 5/10/14 @ $0.50/mile) | 700 miles | $350.00 |
| Tolls (5/8/14 and 5/10/14: Mass Pike and NY Thruway) | | 26.22 |
| Meals (5/8/14, 5/9/14 and 5/10/14) | 4 meals (est.) | $150.00 |
| Hotel accommodations (5/8/14 and 5/9/14) | $190.97/night | $381.94 |

**Total deposition charges**:                                                                **$4,808.16**

**Total amount currently due:**                                                           **$4,808.16**

*Thank you very much!*

_____
Frederic B. Jennings, Jr.

*If you have any questions about this invoice, please do not hesitate to contact me.*