*EXHIBIT I*



April 25, 2013

Progressive Insurance

Re: Anticipated costs for deposition

| Date | Description | Rate | Hours | Charge | Credit | Balance |
|---|---|---|---|---|---|---|
| 5/7/2013 | Deposition and travel (day rate) | | | $2,500.00 | | |
| 5/7/2014 | Travel expenses (hotel, mileage, meals) | | | $515.00 | | |
| | | | | **Amount due** | | $3,015.00 |

**Please send payment to:**
Abacus Associates, Inc.
136 West St., Suite 102A
Northampton, MA  01060
(Abacus tax ID number: 200 547 737)

Strategic Research • Polling • Focus Groups
136 West St, Suite 102-A, Northampton, MA 01060   Tel: 413-727-8664  www.AbacusAssoc.com