UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**NICK'S GARAGE, INC.**,

                Plaintiff,

v.

**PROGRESSIVE CASUALTY INSURANCE COMPANY, NATIONAL CONTINENTAL INSURANCE COMPANY, PROGRESSIVE ADVANCED INSURANCE COMPANY, PROGRESSIVE DIRECT INSURANCE COMPANY, PROGRESSIVE MAX INSURANCE COMPANY, PROGRESSIVE NORTHERN INSURANCE COMPANY, PROGRESSIVE PREFERRED INSURANCE COMPANY, PROGRESSIVE SPECIALTY INSURANCE COMPANY,**

                Defendants.

<u>**NOTICE OF APPEARANCE**</u>

Civil Action No.: 12-cv-777
(MAD/DEP)

To: The clerk of the court and all parties of record

    **PLEASE TAKE NOTICE** that I, the undersigned am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced matter as co-counsel for the Plaintiff, Nick's Garage Inc.

Dated: December 29, 2017

          **BOUSQUET HOLSTEIN PLLC**

          <u>s/ **Casey A. Johnson, Esq.**</u>
          Casey A. Johnson, Esq., Bar Number: 518923
          *Attorneys for Plaintiff*
          110 W. Fayette St., Suite 1000
          Syracuse, New York 13202
          Tel: (315) 422-1500
          Fax: (315) 422-3549
          Email: cjohnson@bhlawpllc.com

3205350_1.docx