UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NICK'S GARAGE, INC.,

                  Plaintiff,

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY,
NATIONAL CONTINENTAL INSURANCE COMPANY,
PROGRESSIVE ADVANCED INSURANCE COMPANY,
PROGRESSIVE DIRECT INSURANCE COMPANY,
PROGRESSIVE MAX INSURANCE COMPANY,
PROGRESSIVE NORTHERN INSURANCE COMPANY,
PROGRESSIVE PREFERRED INSURANCE COMPANY,
PROGRESSIVE SPECIALTY INSURANCE COMPANY,

                  Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No.: 12-cv-777
              (MAD/DEP)

I, Casey A. Johnson, Esq., an attorney at law and an associate of the law firm Bousquet Holstein PLLC, attorneys for the Plaintiff in the above-captioned action, hereby certify that on December 29, 2017, I caused the service, and electronic filing of the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Kymberly Kochis, Esq.
Nelson Levine de Luca & Hamilton, LLC
*Attorneys for Defendants*
17 State Street, 29th Floor
New York, New York 10004
Email: kkochis@nldhlaw.com

Dated: December 29, 2017

**BOUSQUET HOLSTEIN PLLC**

**s/ Casey A. Johnson, Esq.**
Casey A. Johnson, Bar Roll No.: 518923
*Attorneys for Plaintiff*
110 W. Fayette St., Suite 1000
Syracuse, New York 13202
Tel: (315) 422-1500
Fax: (315 422-3549
Email: cjohnson@bhlawpllc.com

3205636_1.docx