# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NICK'S GARAGE, INC., | ) | |
| | ) | Civil Action No. |
| | ) | 5:12-cv-00777-MAD-DEP |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY; NATIONAL CONTINENTAL INSURANCE COMPANY; PROGRESSIVE ADVANCED INSURANCE COMPANY; PROGRESSIVE DIRECT INSURANCE COMPANY; PROGRESSIVE MAX INSURANCE COMPANY; PROGRESSIVE NORTHERN INSURANCE COMPANY PROGRESSIVE PREFERRED INSURANCE COMPANY; and PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION TO EXCLUDE THE EXPERT REPORT AND PROPOSED TESTIMONY OF FREDERIC B. JENNINGS JR., Ph.D.

**PLEASE TAKE NOTICE** that, Defendants Progressive Casualty Insurance Company, National Continental Insurance Company, Progressive Advanced Insurance Company, Progressive Direct Insurance Company, Progressive Max Insurance Company, Progressive Northern Insurance Company, Progressive Preferred Insurance Company, and Progressive Specialty Insurance Company ("Defendants" or "Progressive"), by and through counsel, will move this Court before the Honorable Mae A. D'Agostino at the James T. Foley United States Courthouse located at 445 Broadway, Albany, New York 12207, on the 20th day of March, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Federal Rules

of Evidence 702, precluding the expert report and proposed testimony of Plaintiff's expert witness Frederic B. Jennings Jr., Ph.D.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7.1(b)(1) of the United States District Court for the Northern District of New York, opposition papers, if any, must be filed with the Court and served on the undersigned counsel no later than seventeen (17) days prior to the return date of this motion.

Dated: New York, New York
February 12, 2018

Respectfully submitted,

/s/ Michael R. Nelson
Michael R. Nelson (Bar No.: 517554)
Kymberly Kochis (Bar No.: 517536)
Francis X. Nolan, IV (Bar No.: 517952)
**Eversheds Sutherland (US) LLP**
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
mikenelson@eversheds-sutherland.com
kymberlykochis@eversheds-sutherland.com
franknolan@eversheds-sutherland.com

*Attorneys for Defendants*
**Progressive Casualty Insurance Company,
National Continental Insurance Company,
Progressive Advanced Insurance Company,
Progressive Direct Insurance Company,
Progressive Max Insurance Company,
Progressive Northern Insurance Company,
Progressive Preferred Insurance Company, and
Progressive Specialty Insurance Company.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Motion was electronically filed with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 12th day of February, 2018.

/s/ Michael R. Nelson