

**BOUSQUET HOLSTEIN PLLC**

110 WEST FAYETTE STREET ▪ ONE LINCOLN CENTER ▪ SUITE 1000 ▪ SYRACUSE, NEW YORK  13202 ▪ PH: 315.422.1500 ▪ FX: 315.422.3549♦

LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
CECELIA R. S. CANNON
CHRISTINE WOODCOCK DETTOR
AARON D. FRISHMAN *
DAVID A. HOLSTEIN †
EMILEE K. LAWSON HATCH ***
SHARON A. McAULIFFE
L. MICHA ORDWAY, JR.
STEVEN A. PAQUETTE
J.P. PARASCHOS
PAUL M. PREDMORE
JAMES L. SONNEBORN
RYAN S. SUSER
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
JOSHUA S. WERBECK
EVA K. WOJTALEWSKI ****

OF COUNSEL:
VIRGINIA A. HOVEMAN
KAVITHA JANARDHAN *****
GARY J. LAVINE **
BRYN LOVEJOY-GRINNELL
SIDNEY L. MANES
JANA K. McDONALD ‡
ANNA V. PUTINTSEVA
CATERINA A. RANIERI
ANAS SALEH
HARRISON V. WILLIAMS, JR.

ASSOCIATES:
CAMERON T. BERNARD ††
REBECCA R. COHEN †††
GEORGIA G. CRINNIN
GREGORY D. ERIKSEN
COLLEEN M. GIBBONS
GWEN Z. GOU
NATALIE P. HEMPSON-ELLIOTT
CASEY A. JOHNSON
JULIA J. MARTIN
AIDAN C. MITCHELL-EATON
MICHAEL W. TYSZKO

ALSO ADMITTED TO CO BAR  *
ALSO ADMITTED TO DC BAR  **
ALSO ADMITTED TO MA & CO BAR  ***
ALSO ADMITTED TO CA BAR  ****
ALSO ADMITTED TO IL BAR  *****
ALSO ADMITTED TO FL & PA BAR  †
ALSO ADMITTED TO FL BAR  ††
ALSO ADMITTED TO MA BAR  †††
ALSO ADMITTED TO DC, FL & NJ BAR  ‡
NOT FOR SERVICE OF PROCESS  ♦

WWW.BHLAWPLLC.COM

February 16, 2018

**VIA ELECTRONIC FILING**
Honorable Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

**Re: Nick's Garage, Inc. v. Progressive Casualty Insurance Co., et al
      Case No.:  5:12-cv-00777**

Dear Judge D'Agostino:

As requested by the Court, I am writing on behalf of the parties to confirm that the mediator's filing regarding settlement is accurate, except for the "mandatory" description of the mediation.  The parties are preparing a settlement agreement and hope to have it finalized by the end of next week, after which the stipulation of dismissal will be filed.

Respectfully submitted,

BOUSQUET HOLSTEIN PLLC

/s/Cecelia R.S. Cannon

Cecelia R.S. Cannon

CRC/mtg

cc.:     Kymberly Kochis, Esq. (*via CM/ECF*)

3248084_1